IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






WR-51,264-03





EX PARTE DERRICK SEAN O'BRIEN







ON APPLICATION FOR WRIT OF HABEAS CORPUS


IN CAUSE NO. 9402971 FROM THE


184
TH DISTRICT COURT OF HARRIS COUNTY





Per Curiam. Cochran, J., filed a concurring statement in which Keller, P.J., and Keasler
and Hervey, JJ., joined. Price, J. filed a dissenting statement in which Holcomb, J.,
joined. Johnson, J., filed a dissenting statement. Womack, J., dissents.


ORDER



 This is a subsequent application for habeas corpus in which applicant advances an
Eighth Amendment claim, asserting that he might suffer pain during the administration of
the chemicals during lethal injection.

 Applicant was convicted of capital murder on April 9, 1994. We affirmed the
conviction and sentence. O'Brien v. State, no. 71,859 (Tex.Crim.App. May 15, 1996). On
December 16, 1997, applicant filed his initial application for writ of habeas corpus pursuant 


 O'BRIEN -2-

to Article 11.071. On August 23, 2001, applicant filed a supplemental application for writ 

of habeas corpus. We denied relief on his initial application and dismissed, as an abuse of
the writ, his untimely subsequent application. Ex parte O'Brien, No. WR-51,264-01, WR-51,264-02 (Tex.Crim.App. February 6, 2002). On May 15, 2006, we issued a stay of the
execution to review applicant's second subsequent application for writ of habeas corpus.

 We have now reviewed this subsequent application and find that it should be
dismissed. Our order of May 15th, 2006, staying the proceedings in this case is lifted.

 IT IS SO ORDERED THIS THE 17th DAY OF MAY, 2006.

Publish